# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**OTIS BOOTHES**                                                                                     **PETITIONER**
**Reg. #16433-076**

**v.**                                        **2:07CV00008 WRW/BD**

**LINDA SANDERS**                                                                                 **RESPONDENT**
**Warden, FCI,**
**Forrest City, Arkansas**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's Writ of Habeas Corpus (# 1) is DENIED, and DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of May, 2007.


    /s/Wm. R. Wilson, Jr.
  UNITE  STATES DISTRICT JUDGE