## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**OTIS BOOTHES**                                                                         **PETITIONER**
**Reg. #16433-076**

**v.**                                       **2:07CV00008 WRW/BD**

**LINDA SANDERS**                                                                   **RESPONDENT**
**Warden, FCI,**
**Forrest City, Arkansas**

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this 28 U.S.C. §2241 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 18th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE